**Pedro SANTAMARIA-DELGADO, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 16-72826**

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 \*

Filed December 20, 2017

Reza Athari, Esquire, Attorney, Reza Athari & Associates, PLLC, Las Vegas, NV, for Petitioner

Lindsay Corliss, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM \*\*

Pedro Santamaria-Delgado, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

dismissing his appeal from an immigration judge's removal order denying his motion for a continuance. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the agency's denial of a continuance. *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009). We deny the petition for review.

The agency did not abuse its discretion in denying for lack of good cause Santamaria-Delgado's motion for a continuance to collaterally attack his theft conviction, where he had not begun to seek post-conviction relief on the date of his final merits hearing, and where he was represented by an attorney of his choice. *See Garcia v. Lynch*, 798 F.3d 876, 881 (9th Cir. 2015) (no abuse of discretion where alien had been in proceedings for six months and had "ample time" to seek post-conviction relief) (citation omitted).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.